UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS A. SIMONIAN,<br><br>        Plaintiff,<br><br>-against-<br><br>CISCO SYSTEMS, INC.,<br><br>        Defendant. | 1:10-cv-1306<br><br>Hon. Samuel Der-Yeghiayan<br><br>**DEFENDANT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND 12(B)(6)** |

### DEFENDANT'S MOTION TO DISMISS PURUSANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)

Defendant Cisco Systems, Inc. ("Cisco") respectfully moves this Court to dismiss Plaintiff Thomas A. Simonian's ("Simonian") Complaint in this Action.

Simonian's Complaint purports to state a claim under 35 U.S.C. § 292 for alleged false marking by Cisco. For the reasons explained in Cisco's accompanying Memorandum in Support of this Motion, Simonian fails to state a claim on which relief may be granted because: (1) Simonian does not meet the requirements of Rule 9(b) of the Federal Rules of Civil Procedure because he fails to plead Cisco's "intent to deceive" with the required particularity; (2) Simonian does not with Rule 8(a) of the Federal Rules of Civil Procedure because he fails to allege any facts supporting Cisco's purported "intent to deceive" the public; and (3) Simonian fails to allege a concrete and particularized injury in fact and, therefore, lacks Article III standing to bring this lawsuit. Because re-pleading would be futile, Cisco requests that this Court dismiss Simonian's Complaint pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure with prejudice.

02099.30046/3418188.1

WHEREFORE, for the foregoing reasons and those set forth in the accompanying Memorandum, Cisco respectfully requests that this Court grant Cisco's Motion to Dismiss, and dismiss Simonian's Complaint with prejudice.

DATED:   April 2, 2010

          QUINN EMANUEL URQUHART &
            SULLIVAN, LLP


By: /s/ Michael F. Harte
   David Nelson (Bar No. 6209623)
    davenelson@quinnemanuel.com
   Michael Harte (Bar No. 6272364)
    mikeharte@quinnemanuel.com

500 West Madison, Suite 2450
Chicago, IL 60611
(312) 705-7400

Attorneys for Defendant Cisco Systems, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April 2010, I electronically filed the foregoing MOTION TO DISMISS with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to Plaintiff's attorneys of record.  The parties listed below were also served via email and Federal Express.

   /s/ Michael F. Harte
Michael F. Harte

SERVICE LIST
Case No. 10-cv-1306 (Der-Yeghiayan)

Joseph M. Vanek
jvanek@vaneklaw.com
David P. Germaine
dgermain@vaneklaw.com
Vanek, Vickers & Masini, P.C.
225 W. Washington, 18th Floor
Chicago, IL 60606
312-224-1500

Martin Goering
mgoering@emcpc.com
Jessica E. Rissman
jrissman@emcpc.com
Law Offices of Eugene M. Cummings, P.C.
1 N. Wacker, Suite 4130
Chicago, IL 60606
312-984-0144

Robert D. Cheifetz
robc@sperling-law.com
Bruce S. Sperling
bss@sperling-law.com
Sperling & Slater
55 W. Monroe St., Suite 3200
Chicago, IL 60603
312-641-3200