UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS A. SIMONIAN,<br><br>        Plaintiff,<br><br>        v.<br><br>CISCO SYSTEMS, INC. and SCIENTIFIC-ATLANTA, LLC,<br><br>        Defendants. | Hon. Samuel Der-Yeghiayan<br><br>Civil Action No. 10-CV-01306 |

**STIPULATION OF DISMISSAL**

Plaintiff Thomas A. Simonian ("Simonian") and Defendants Scientific-Atlanta, LLC and Cisco Systems, Inc. ("Defendants") file this Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). Simonian and Defendants stipulate that:

1. Simonian and Defendants have agreed to settle their disputes in this action.

2. Simonian consents to dismissal with prejudice of all of its claims in this action and claims it could have brought in this action.

3. Simonian and Defendants shall each bear their own attorneys' fees and costs incurred in connection with this action.

DATED: December 21, 2010

Respectfully submitted,

| | |
|---|---|
| /s/ Robert D. Cheifetz | /s/ David A. Nelson |
| Robert D. Cheifetz | David A. Nelson (IL Bar No. 6209623) |
| robc@sperling-law.com | davenelson@quinnemanuel.com |
| Sperling & Slater, P.C. | Quinn Emanuel Urquhart & Sullivan, LLP |
| 55 West Monroe, Suite 3200 | 500 West Madison, Suite 2450 |
| Chicago, IL 60603 | Chicago, IL 60611 |
| Tel: (312) 641-3200 | Tel: (312) 705-7400 |
| Fax: (312) 641-6492 | Fax: (312) 705-7401 |
| | |
| *Attorneys for Plaintiff Thomas A. Simonian* | *Attorneys for Defendants Cisco Systems, Inc. and Scientific-Atlanta, LLC* |

### CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Robert D. Cheifetz
Robert D. Cheifetz